IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

FILED - USDC - NDTX - LU APR 8 2026 PM1:29

UNITED STATES OF AMERICA

v.

LOUIS GEORGE EDGETT (01)
BRENDEN FLOYD STRICKLAND (02)
SIXTO HERRERA-ESTEBANE (03)
RANDELL WAYNE REID (04)
JAMES DARRELL REID (05)
GYARDO GONZALEZ (06)
JESUS MARTIN HERNANDEZ-BORJA (07)
DIANA MARQUEZ ROJO (08)
JOSE LUIS ROJO (09)
JOSE MARIO RIVAS-MENDOZA (10)
MIGUEL A. SOTO (11)
TAVARES MONTRAIL COLE (12)
CHRISTOPHER FREDERICK HARRIS (13)
DANNY DALE BROWN, JR. (14)

No. 5-26CR027-H

**[TO BE FILED UNDER SEAL]**

# INDICTMENT

The Grand Jury Charges:

## Background Allegations

1. **Louis George Edgett** owned and/or operated B2J, LLC; Edgett Brine, LLC; LG&S, LLC; and Maddox Road, LLC, in New Mexico. Edgett used these businesses to obtain, store, and sell crude oil that was stolen from various oil-producing entities in Eastern New Mexico. **Brenden Floyd Strickland** worked for Edgett and facilitated Edgett's business activities beginning in or about 2023.

2. **Louis George Edgett** conducted business on at least four properties in and near Eddy and Lea Counties in New Mexico. Edgett and a relative known to the grand jury leased one of the properties, the "Government E #001," from the United States of America, and Edgett leased the "Keohane B Federal #2 and #3" from the United States of America. He leased the "Sarah Sue #002 and #003" from the State of New Mexico. Edgett also leased property on Maddox Road at and near Highway 62 from a private individual. Edgett maintained frac and oil tanks on each of the properties:

Government E #001 in Lea County, New Mexico:



Keohane B Federal #2 and #3 in Eddy County, New Mexico:



Sarah Sue #002 and #003 in Lea County, New Mexico:



Maddox Road in Lea County, New Mexico:



3. **Randell Wayne Reid** and **James Darrell Reid** owned Reidco Enterprises, a crude oil-reclamation business that conducted business in Seminole, Texas, within the Lubbock Division of the Northern District of Texas. Reidco Enterprises, by and through **Randell Wayne Reid** and **James Darrell Reid**, purchased stolen crude oil stored on **Louis George Edgett's** leases from **Louis George Edgett**, knowing the crude oil was stolen.

4. West Texas Intermediate ("WTI") is the benchmark used to price crude oil in the Permian Basin and much of the United States.

5. **Louis George Edgett**, **Brenden Floyd Strickland**, **Randell Wayne Reid**, **James Darrell Reid**, and others, conspired to steal crude oil from oil producers in the Permian Basin; conspired to trade in stolen crude oil at prices significantly below WTI;

and conspired to transport stolen crude in interstate commerce, that is, across the New Mexico and Texas borders, knowing the crude oil was stolen.

Count One
Conspiracy to Transport Stolen Property in Interstate Commerce
(Violation of 18 U.S.C. § 371)

The foregoing paragraphs of this indictment are realleged and incorporated by reference as though fully set forth below.

From on or about a date unknown to the grand jury and continuing through on or about the date of this indictment, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Louis George Edgett**, **Brenden Floyd Strickland**, **Sixto Herrera-Estebane**, **Randell Wayne Reid**, **James Darrell Reid**, **Gyardo Gonzales**, **Jesus Martin Hernandez-Borja**, **Diana Marquez Rojo**, **Jose Luis Rojo**, **Jose Mario Rivas-Mendoza**, **Miguel A. Soto**, **Tavares Montrail Cole**, **Christopher Frederick Harris**, and **Danny Dale Brown, Jr.**, defendants, and others known and unknown to the grand jury, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with persons known and unknown to the grand jury, to commit an offense against the United States, that is, Interstate Transportation of Stolen Property, in violation of Title 18, United States Code, Section 2314.

Object of the Conspiracy

It was the purpose of the conspiracy for the conspirators to enrich themselves through the business of stealing crude oil and dealing and trading in stolen crude oil.

Manner and Means of the Conspiracy

The manner and means by which the defendants and others accomplished the purpose of the conspiracy included, among other things, the following:

a. **Sixto Herrera-Estebane**, **Gyardo Gonzales**, **Jesus Martin Hernandez-Borja**, **Diana Marquez Rojo**, **Jose Luis Rojo**, **Jose Mario Rivas-Mendoza**, **Miguel A. Soto**, **Tavares Montrail Cole**, and others (collectively, "the haulers") stole crude oil from producers in the Eastern New Mexico region of the Permian Basin.

b. The haulers transported the stolen crude oil in tanker trucks and water vacuum trucks to **Louis George Edgett's** four leased sites in New Mexico, where they unloaded the stolen crude oil into frac and oil tanks.

c. **Louis George Edgett** and **Brenden Floyd Strickland** paid the haulers significantly below WTI for the stolen crude oil.

d. **Brenden Floyd Strickland**, **Sixto Herrera-Estebane**, and **Danny Dale Brown, Jr.**, recruited haulers to steal crude oil and directed and managed the unloading of stolen oil at **Louis George Edgett'**s leased properties.

e. **Christopher Frederick Harris**, a Reidco Enterprises employee, drove to **Louis George Edgett's** leased properties in and near Eddy and Lea Counties in New Mexico at the direction of **Louis George Edgett**, **Brenden Lloyd Strickland**, and **Randell Wayne Reid** and loaded and hauled the stolen crude oil from New Mexico to Reidco Enterprises in Seminole, Texas, within the Northern District of Texas.

f. **Randell Wayne Reid** and **James Darrell Reid** paid **Louis George Edgett** significantly below WTI for the stolen crude oil. **Randell Wayne Reid** and **James Darrell Reid** sold the stolen crude oil at a profit.

Overt Acts

In furtherance of this conspiracy and to effect the objects thereof, the conspirators, and others known and unknown to the grand jury, committed, among others, the following overt acts in the Northern District of Texas and elsewhere; the remaining counts of this indictment are hereby incorporated as overt acts of this conspiracy and of this Count One.

All in violation of Title 18, United States Code, Section 371.

<u>Count Two</u>
Interstate Transportation of Stolen Property
(Violation of 18 U.S.C. § 2314)

On or about January 30, 2023, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Louis George Edgett** and **Randell Wayne Reid**, defendants, transported, and caused to be transported, in interstate and foreign commerce items of stolen property, that is, stolen crude oil, defendants knowing at the time of such transportation that the property had been stolen, converted, and taken by fraud, such property having a value of $5,000 and more.

In violation of Title 18, United States Code, Sections 2314 and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

<u>Count Three</u>
Interstate Transportation of Stolen Property
(Violation of 18 U.S.C. § 2314)

On or about May 25, 2023, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Louis George Edgett**, **Sixto Herrera-Estebane**, and **Randell Wayne Reid**, defendants, transported, and caused to be transported, in interstate and foreign commerce items of stolen property, that is, stolen crude oil, defendants knowing at the time of such transportation that the property had been stolen, converted, and taken by fraud, such property having a value of $5,000 and more.

In violation of Title 18, United States Code, Sections 2314 and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

<u>Count Four</u>
Interstate Transportation of Stolen Property
(Violation of 18 U.S.C. § 2314)

On or about January 24, 2024, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Brenden Floyd Strickland**, **Miguel A. Soto**, and **Randell Wayne Reid**, defendants, transported, and caused to be transported, in interstate and foreign commerce items of stolen property, that is, stolen crude oil, defendants knowing at the time of such transportation that the property had been stolen, converted, and taken by fraud, such property having a value of $5,000 and more.

In violation of Title 18, United States Code, Sections 2314 and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

<u>Count Five</u>
Interstate Transportation of Stolen Property
(Violation of 18 U.S.C. § 2314)

On or about February 5, 2024, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Louis George Edgett**, **Gyardo Gonzalez**, and **Randell Wayne Reid**, defendants, transported, and caused to be transported, in interstate and foreign commerce items of stolen property, that is, stolen crude oil, defendants knowing at the time of such transportation that the property had been stolen, converted, and taken by fraud, such property having a value of $5,000 and more.

In violation of Title 18, United States Code, Section 2314 and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

Count Six
Interstate Transportation of Stolen Property
(Violation of 18 U.S.C. § 2314)

On or about February 21, 2024, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Louis George Edgett**, **Brenden Floyd Strickland**, and **Randell Wayne Reid**, defendants, transported, and caused to be transported, in interstate and foreign commerce items of stolen property, that is, stolen crude oil, defendants knowing at the time of such transportation that the property had been stolen, converted, and taken by fraud, such property having a value of $5,000 and more.

In violation of Title 18, United States Code, Section 2314 and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

Count Seven
Receipt, Possession, or Sale of Stolen Property
(Violation of 18 U.S.C. § 2315)

On or about March 27, 2025, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Randell Wayne Reid** and **James Darrell Reid**, defendants, received, concealed, sold, and disposed of property, that is, crude oil that was stolen, unlawfully taken, and converted, and had crossed a state and United States boundary after being stolen, unlawfully taken, and converted, the defendants knowing the property was stolen, unlawfully taken, and converted at the time the defendant received, concealed, sold, and disposed of it, such property having a value of $5,000 and more.

In violation of Title 18, United States Code, Section 2315 and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

Forfeiture Notice
[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

The foregoing paragraphs of this indictment are realleged and incorporated by reference as though fully set forth herein.

Upon conviction for any offense alleged in this indictment, the defendants, **Louis George Edgett**, **Brenden Floyd Strickland**, **Sixto Herrera-Estebane**, **Randell Wayne Reid**, **James Darrell Reid**, **Gyardo Gonzales**, **Jesus Martin Hernandez-Borja**, **Diana Marquez Rojo**, **Jose Luis Rojo**, **Jose Mario Rivas-Mendoza**, **Miguel A. Soto**, **Tavares Montrail Cole**, **Christopher Frederick Harris**, and **Danny Dale Brown, Jr.**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property which constitutes, or is derived from, proceeds traceable to the offense.

Pursuant to 21 U.S.C. § 853(p), if any of the property described above, as a result of any act or omission of the defendant(s), cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value, or has been commingled with other property that cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

A TRUE BILL:

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

ANN HOWEY
Assistant United States Attorney
Texas State Bar No. 24032312
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7351
Facsimile: 806-472-7394
E-mail: ann.howey@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA
v.
LOUIS GEORGE EDGETT (01)
BRENDEN FLOYD STRICKLAND (02)
SIXTO HERRERA-ESTEBANE (03)
RANDELL WAYNE REID (04)
JAMES DARRELL REID (05)
GYARDO GONZALEZ (06)
JESUS MARTIN HERNANDEZ-BORJA (07)
DIANA MARQUEZ ROJO (08)
JOSE LUIS ROJO (09)
JOSE MARIO RIVAS-MENDOZA (10)
MIGUEL A. SOTO (11)
TAVARES MONTRAIL COLE (12)
CHRISTOPHER FREDERICK HARRIS (13)
DANNY DALE BROWN, JR. (14)

INDICTMENT

COUNT 1: CONSPIRACY TO TRANSPORT STOLEN PROPERTY IN INTERSTATE COMMERCE
Title 18, United States Code, Section 371.

COUNTS 2-6: INTERSTATE TRANSPORATION OF STOLEN PROPERTY
Title 18, United States Code, Section 2314.

COUNT 7: RECEIPT, POSSESSION, OR SALE OF STOLEN PROPERTY
Title 18, United States Code, Section 2315.

(7 COUNTS + FORFEITURE NOTICE)

A true bill rendered:
Lubbock ______________________________ Foreperson
Filed in open court this 8th day of April, A.D. 2026.
**SEALED arrest warrants to issue as to each defendant.**

______________________________
UNITED STATES MAGISTRATE JUDGE