UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO: 5:26-CR-027-H-BV-6 |
| | § | |
| GYARDO GONZALEZ | § | |

## ORDER SETTING HEARING

It is **ORDERED** that a(n):

    \_\_\_    Initial Appearance Hearing

    _X_    Arraignment Hearing

    \_\_\_    Detention Hearing

    \_\_\_    Preliminary Hearing

    \_\_\_    Identity Hearing

    \_\_\_    Arraignment and Detention Hearing

    \_\_\_    Preliminary Hearing and Detention Hearing

will be held on **Monday, April 27, 2026, at 2:00 p.m.** before United States Magistrate Judge Amanda 'Amy' R. Burch, in the United States Magistrate Judge's Courtroom, Federal Building, 2nd floor, Room 214, 1205 Texas Avenue, Lubbock, Texas.

If Defendant elects to waive the right to be present at arraignment, s/he must file a waiver of personal appearance at arraignment and enter a plea of not guilty using the attached form, which must be completed, signed, and returned to the Clerk of the Court for the United States District Court, 1205 Texas Avenue, Room 209, Lubbock, Texas, 79401. *See* LCrR 49.6. If the waiver is timely filed, Defendant and his/her counsel will

not be required to appear for arraignment. Otherwise, appearance is required on the date and time indicated above.

DATED:  April 20, 2026.

AMANDA 'AMY' R. BURCH
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

UNITED STATES OF AMERICA          §
                                  §
v.                                §      CASE NO: _____-H-BV-
                                  §
_____      §
                                  §

## WAIVER OF APPEARANCE AT ARRAIGNMENT AND
## ENTRY OF NOT GUILTY PLEA

1.      Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, a defendant need not be present for the arraignment if: (a) the defendant has been charged by indictment; (b) the defendant, in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment and that the plea is not guilty; and (c) the court accepts the waiver. FED. R. CRIM. P. 10(b).

2.      Undersigned counsel (a) presented Defendant with a copy of the indictment, (b) discussed all charges and counts therein, (c) confirmed that Defendant understands the charges, counts, and maximum penalties under law, (d) explained the purposes of arraignment and the right to be present for the arraignment, and (e) affirmed that Defendant elects to waive the right to be present at arraignment and elects to enter a plea of "not guilty" to all charges and counts in the indictment.

3.    As evidenced by the signatures below, Defendant (a) AFFIRMS that s/he received a copy of the indictment, (b) WAIVES the right to be present at arraignment, and (c) ENTERS a plea of "not guilty" to all charges and counts.

_____    Date: _____
[DEFENDANT'S NAME]
Defendant

_____    Date: _____
[NAME/TITLE/ADDRESS]
Attorney for Defendant

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Assistant United States Attorney and thereby confirmed that the government is unopposed to Defendant waiving his/her right to be present at arraignment and Defendant entering a plea of "not guilty."

_____
[NAME/TITLE/ADDRESS]
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I caused a copy of the foregoing document to be delivered to the Clerk of Court, the United States Magistrate Judge Burch and Assistant United States Attorney.

_____
[NAME/TITLE/ADDRESS]
Attorney for Defendant