AO 187 (Rev. 7/87) Exhibit and Witness List

FILED - USDC - NDTX - LU MAY 8 2026 PM4:04

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

LUBBOCK DIVISION

USA

V.

JESUS MARTIN HERNANDEZ-BORJA

## EXHIBIT LIST

Case Number: 5:26-CR-027-H-BV-7 & 5:26-MJ-058-BV-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| AMANDA 'AMY' R. BURCH | ANN HOWEY | CHRISTOPHER SOLIS |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 05/08/2026 | FTR - DIGITAL | ZZERTUCHE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 5/8/2026 | YES | YES | Exhibit 1 (employment authorization) |
| | 1 | 5/8/2026 | YES | YES | Exhibit 2 (Form I-766) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 1 | | 5/8/2026 | YES | YES | Government Exhibit 1 (05/2011 warrant of removal) |
| 1 | | 5/8/2026 | YES | YES | Government Exhibit 2 (07/2025 notice of decision-denyed) |
| | | | | | |
| | | | | | Government Witness - Agent R. G. |
| | | | | | |
| | | | | | (The original exhibits have been returned to the offering party) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.