JUN 24 2026 AM8:47
FILED - USDC - NDTX - LU

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

DIANA MARQUEZ ROJO (08)

No. 5:26-CR-027(08)

# FACTUAL RESUME

In support of Diana Marquez Rojo's plea of guilty to the offense in Count One of the Superseding Information, Rojo, the defendant; Shannon Brady Geihsler, the defendant's attorney; and the United States of America (the government) stipulate and agree to the following.

## Elements of the Offense

To prove the offense alleged in Count One of the Superseding Information, charging a violation of 18 U.S.C. § 4, that is, Misprision of a Felony, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That a federal felony was committed, that is, Conspiracy to Transport Stolen Property in Interstate Commerce;

*Second.* That the defendant had knowledge of the commission of the felony;

*Third.* That the defendant failed to notify an authority as soon as possible; and

*Fourth.* That the defendant did an affirmative act, as charged, to conceal the crime.

Mere failure to report a felony is not a crime. The defendant must commit some

[1] Fifth Circuit Pattern Jury Instruction 2.06 (5th Cir. 2024).

affirmative act designed to conceal the fact that a federal felony has been committed.

An "authority" includes a federal judge or some other person in civil or military authority under the United States.

To prove Conspiracy to Transport Stolen Property in Interstate Commerce, a violation of Title 18, United States Code, Section 371, the government must prove each of the following elements beyond a reasonable doubt:[2]

*First.* That the defendant and at least one other person agreed to commit the crime of Transportation of Stolen Property in Interstate Commerce;

*Second.* That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose; and

*Third.* That at least one of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the Indictment, in order to accomplish some object or purpose of the conspiracy.

A "conspiracy" is an agreement between two or more persons to join together to accomplish some unlawful purpose. It is a kind of "partnership in crime" in which each member of the conspiracy becomes the agent of every other member.

The overt act need not be of a criminal nature so long as it is done in furtherance of the conspiracy.

One may become a member of a conspiracy without knowing all the details of the unlawful scheme or the identities of all the other alleged conspirators. If a defendant understands the unlawful nature of a plan or scheme and knowingly and intentionally joins in that plan or scheme on one occasion, that is sufficient to convict him or her for

[2] Fifth Circuit Pattern Jury Instruction § 2.15A (5th Cir. 2024).

conspiracy even though the defendant had not participated before and even though the defendant played only a minor part.

The government does not need to prove that the alleged conspirators entered into any formal agreement, or that they directly stated between themselves all the details of the scheme. Likewise, the government does not need to prove that all of the details of the scheme alleged in the indictment were actually agreed upon or carried out. Nor must it prove that all of the persons alleged to have been members of the conspiracy were such, or that the alleged conspirators actually succeeded in accomplishing their unlawful objectives.

Mere presence at the scene of an event, even with knowledge that a crime is being committed, or the mere fact that certain persons may have associated with each other, and may have assembled together and discussed common aims and interests, does not necessarily establish proof of the existence of a conspiracy. Also, a person who has no knowledge of a conspiracy, but who happens to act in a way which advances some purpose of a conspiracy, does not thereby become a conspirator.

To prove a violation of 18, United States Code, Section 2314, that is, Interstate Transportation of Stolen Property, the government must prove each of the following elements beyond a reasonable doubt:[3]

*First.* That a defendant transported or caused to be transported in interstate or foreign commerce items of stolen property as described in the Indictment.

*Second.* That at the time of such transportation, the defendant knew that the property had been stolen, converted, and taken by fraud; and

*Third.* That the property had a value of $5,000 or more.

Knowledge or reasonable foreseeability of interstate or foreign transport is not required to convict. It is enough if the defendant set in motion a series of events which in the normal course led to the transportation.

"Property" means goods, wares, merchandise, securities, or money.

[3] Fifth Circuit Pattern Jury Instruction 2.89 (5th Cir. 2024).

The word "stolen" means all wrongful and dishonest taking of property with the intent to deprive the owner of the rights and benefits of ownership, temporarily or permanently.

The phrase "taken by fraud" means to deceive or cheat someone out of property by means of false or fraudulent pretenses, representations or promises.

The word "value" means the face, par, or market value, whichever is the greatest and the aggregate value of all goods, wares, and merchandise, securities, and money referred to in a single indictment shall constitute the value thereof.

## Stipulated Facts

1. Diana Marquez Rojo admits and agrees that beginning on or about an unknown date and continuing until on or about April 8, 2026, in the Lubbock Division of the Northern District of Texas, and elsewhere, that she, having knowledge of the commission of a felony, that is, Conspiracy to Transport Stolen Property in Interstate Commerce, a violation of Title 18, United States Code, Section 371, failed to notify an authority as soon as possible and did an affirmative act to conceal the crime, that is, she communicated with a conspirator on behalf of another conspirator regarding the theft and delivery of stolen crude oil and received cash payments for the stolen crude oil. All in violation of Title 18, United States Code, Section 4.

2. The Permian Basin, a vast sedimentary shale basin located in West Texas and Southeastern New Mexico, currently produces an estimated 14 million barrels of oil per day. According to the U.S. Energy Information Administration, ten counties in the Permian Basin account for 93% of U.S. oil production growth since 2020. The region encompassing Lea and Eddy Counties, the situs for much of the oil theft in this case, accounted for much of the increase in production between 2020 and 2024. West Texas

Intermediate ("WTI") is the benchmark used to price crude oil in the Permian Basin and much of the United States.

3. Louis George Edgett conducted business on at least four properties in and near Eddy and Lea Counties in New Mexico. Edgett and a relative known to the grand jury leased one of the properties, the "Government E #001," from the United States of America, and Edgett leased the "Keohane B Federal #2 and #3" from the United States of America. He leased the "Sarah Sue #002 and #003" from the State of New Mexico. Edgett also leased property on Maddox Road at and near Highway 62 in Eastern New Mexico from a private individual. Edgett maintained frac and oil tanks on the properties.

4. Members of Rojo's family and others engaged in a conspiracy to steal crude oil from producers in the Eastern New Mexico region of the Permian Basin and then transport the stolen crude oil, valued at over $5,000, from New Mexico to Seminole, Texas, within the Lubbock Division of the Northern District of Texas, thereby transporting the stolen property in interstate commerce.

5. Rojo's husband, Jesus Martin Hernandez-Borja, stole crude oil and sold it to Edgett and Brenden Floyd Strickland, Edgett's employee. In turn, Edgett and Strickland paid for the stolen oil. Rojo communicated on behalf of her husband with Edgett and Strickland. When her husband had a truck load of stolen crude oil, she would let Edgett and Strickland know. Edgett and Strickland, in turn, would advise her about which tank her husband should unload the stolen oil into. Further, she received cash payments for the stolen crude oil on behalf of her husband. Because Rojo, rather than Hernandez-Borja (the person who stole the crude oil) communicated with Edgett and

Strickland to facilitate delivery of the stolen oil and received cash payment for same, she was able to conceal her husband's involvement in the conspiracy to steal crude oil and sell it to Edgett and Strickland. Below are representative screenshots of text messages between Rojo and Edgett and Rojo and Strickland demonstrating her knowledge of the conspiracy and acts she took to conceal the conspiracy, including receiving only cash payments.

Texts communications with Edgett:

From: +15759424459 Borja Dianne
To: +15756313387 Louis (owner)

Hi mr louis hubby has 120 bbls we're do u need it

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756313387 Louis | | 2/10/2023 4:31:51 PM(UTC-7) | |

**Status:** Read
**Platform:**

2/10/2023 4:31:09 PM(UTC-7)

From: +15756313387 Louis (owner)
To: +15759424459 Borja Dianne

Tank #1

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759424459 Borja Dianne | 2/10/2023 4:32:01 PM(UTC-7) | 2/10/2023 4:32:04 PM(UTC-7) | |

**Status:** Sent
**Platform:**

2/10/2023 4:32:01 PM(UTC-7)

From: +15759424459
To: +15756313387 (owner)

Mr louis it was on November 30 he took a load after he had taken another load u paid him for that one but the one after that he took another load and this one when u get ur readings can I please let me know how much bbls I have i was getting 260

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756313387 | | 12/7/2022 5:29:56 PM(UTC-7) | |

**Status:** Read

**Platform:**

12/7/2022 5:29:42 PM(UTC-7)

From: +15756313387 (owner)
To: +15759424459

It shows 3' 100 bbls
No water all oil

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759424459 | 12/7/2022 6:45:29 PM(UTC-7) | | |

**Status:** Sent

**Platform:**

12/7/2022 6:45:27 PM(UTC-7)

From: +15756313387 Louis (owner)
To: +15759424459 Borja Dianne

Okay just to pay everything but today? I didn't get to the bank

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759424459 Borja Dianne | 1/26/2023 6:39:41 PM(UTC-7) | | |

**Status:** Sent

**Platform:**

1/26/2023 6:39:41 PM(UTC-7)

From: +15756313387 Louis (owner)
To: +15759424459 Borja Dianne

7275
It will be 7300 I don't have change

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759424459 Borja Dianne | 1/26/2023 6:41:02 PM(UTC-7) | 1/26/2023 6:45:28 PM(UTC-7) | |

**Status:** Sent
**Platform:**

1/26/2023 6:41:02 PM(UTC-7)

Text communications with Strickland:

From: +15759424459 Diana Rojo Borja
To: +15756314823 Brenden (owner)

He's got about 60 Bbls mr brendon

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756314823 Brenden | | 5/23/2023 2:47:22 PM(UTC-6) | |

**Status:** Read
**Platform:**

5/23/2023 1:03:55 PM(UTC-6)

From: +15756314823 Brenden (owner)
To: +15759424459 Diana Rojo Borja

Awesome. Where would you like me to bring the money?

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759424459 Diana Rojo Borja | 5/23/2023 2:47:42 PM(UTC-6) | | |

Status: Sent

Platform:

5/23/2023 2:47:41 PM(UTC-6)

From: +15759424459 Diana Rojo Borja
To: +15756314823 Brenden (owner)

290 bbls

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756314823 Brenden | | 9/27/2023 1:33:14 PM(UTC-6) | |

Status: Read

Platform:

9/27/2023 1:09:43 PM(UTC-6)

From: +15756314823 Brenden (owner)
To: +15759424459 Diana Rojo Borja

Awesome. Where can I bring you some money to inna little?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759424459 Diana Rojo Borja | 9/27/2023 1:33:46 PM(UTC-6) | | |

**Status:** Sent
**Platform:**

9/27/2023 1:33:45 PM(UTC-6)

From: +15759424459 Diana Rojo Borja
To: +15756314823 Brenden (owner)

Hi Mr Brendon hubby has 50 bbls u have room and we're do u need it

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756314823 Brenden | | 1/12/2024 12:25:49 PM(UTC-7) | |

**Status:** Read
**Platform:**

1/12/2024 12:17:16 PM(UTC-7)

From: +15756314823 Brenden (owner)
To: +15759424459 Diana Rojo Borja

Wooooh0000000! Yes ma'am I have room. We need to go into the fiberglass tanks, it will be tank #1

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759424459 Diana Rojo Borja | 1/12/2024 12:27:38 PM(UTC-7) | | |

**Status:** Sent
**Platform:**

1/12/2024 12:27:37 PM(UTC-7)

From: +15756314823 Brenden (owner)
To: +15759424459 Diana Rojo Borja

Good evening ma'am, could you send me what all I owe you guys so I can bring ya some money tonight or tmrw?

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759424459 Diana Rojo Borja | 1/14/2024 5:05:28 PM(UTC-7) | | |

Status: Sent
Platform:

1/14/2024 5:05:27 PM(UTC-7)

From: +15759424459 Diana Rojo Borja
To: +15756314823 Brenden (owner)

5 loads lol

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756314823 Brenden | | 1/16/2024 3:44:28 PM(UTC-7) | |

Status: Read
Platform:

1/16/2024 3:39:30 PM(UTC-7)

From: +15756314823 Brenden (owner)
To: +15759424459 Diana Rojo Borja

Awesome. Can I bring you money tomorrow morning?

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759424459 Diana Rojo Borja | 1/16/2024 3:45:33 PM(UTC-7) | | |

Status: Sent

Platform:

1/16/2024 3:45:28 PM(UTC-7)

6. Rojo admits and agrees that Edgett and Strickland purchased the stolen crude oil at prices substantially below the prevailing WTI market pricing, a fact that is indicative of their knowledge that the oil was stolen. Rojo further admits and agrees that she negotiated with Strickland to raise the price they were paying for the crude oil her husband stole from $15 to $17 per barrel as shown in the text communications below. WTI was averaging at $79.77 per barrel at the time of the conversation.

From: +15759424459 Diana Rojo Borja
To: +15756314823 Brenden (owner)

Sorry I was trying to pay so hubby was asking if yall would go up a little on oil cause the pumper wants to take it somewhere else

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756314823 Brenden | | 6/24/2024 8:57:11 PM(UTC-6) | |

Status: Read

Platform:

6/24/2024 8:54:13 PM(UTC-6)

From: +15756314823 Brenden (owner)
To: +15759424459 Diana Rojo Borja

I gotcha. What are they paying there tho?

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759424459 Diana Rojo Borja | 6/24/2024 9:00:39 PM(UTC-6) | | |

Status: Sent
Platform:

6/24/2024 9:00:38 PM(UTC-6)

From: +15759424459 Diana Rojo Borja
To: +15756314823 Brenden (owner)

I think he had said 18

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756314823 Brenden | | 6/24/2024 9:08:20 PM(UTC-6) | |

Status: Read
Platform:

6/24/2024 9:02:01 PM(UTC-6)

7. Rojo admits that a federal felony was committed, that is, Conspiracy to Transport Stolen Property in Interstate Commerce, a violation of 18 U.S.C. § 371. She further admits and agrees that she knew of the felony and failed to notify an authority as soon as possible and, further, that she took an affirmative step to conceal the crime, that is, she facilitated communications between conspirators and received cash payments for stolen crude oil.

8. Rojo admits and agrees that she committed all the essential elements of Count One of the Superseding Information. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support Rojo's plea of guilty to Count One.

AGREED TO AND STIPULATED on this 23rd day of June, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

DIANA MARQUEZ ROJO
Defendant

ANN HOWEY
Assistant United States Attorney
Texas State Bar No. 24032312
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7351
Facsimile: 806-472-7394
E-mail: ann.howey@usdoj.gov

SHANNON BRADY GEIHSLER
Attorney for Defendant