FILED - USDC - NDTX - LU

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v. No. 5:26-CR-027-H(12)

TAVARES MONTRAIL COLE (12)

# FACTUAL RESUME

In connection with Tavares Montrail Cole's plea of guilty to the offense in Count One of the Indictment, Cole, the defendant; Bethany S. Stephens, the defendant's attorney; and the United States of America (the government) stipulate and agree to the following.

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the Indictment, charging a violation of Title 18, United States Code, Section 371, that is, Conspiracy to Transport Stolen Property in Interstate Commerce, the government must prove the following elements beyond a reasonable doubt:[1]

*First*: That the defendant and at least one other person agreed to commit the crime of Transportation of Stolen Property in Interstate Commerce, as charged in the Indictment;

*Second*: That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose; and

*Third*: That at least one of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts

[1] Fifth Circuit Pattern Jury Instruction 2.15A (5th Cir. 2024).

described in the Indictment, in order to accomplish some object or purpose of the conspiracy.

A "conspiracy" is an agreement between two or more persons to join together to accomplish some unlawful purpose. It is a kind of "partnership in crime" in which each member of the conspiracy becomes the agent of every other member.

The overt act need not be of a criminal nature so long as it is done in furtherance of the conspiracy.

One may become a member of a conspiracy without knowing all the details of the unlawful scheme or the identities of all the other alleged conspirators. If a defendant understands the unlawful nature of a plan or scheme and knowingly and intentionally joins in that plan or scheme on one occasion, that is sufficient to convict him or her for conspiracy even though the defendant had not participated before and even though the defendant played only a minor part.

The government does not need to prove that the alleged conspirators entered into any formal agreement, or that they directly stated between themselves all the details of the scheme. Likewise, the government does not need to prove that all of the details of the scheme alleged in the indictment were actually agreed upon or carried out. Nor must it prove that all of the persons alleged to have been members of the conspiracy were such, or that the alleged conspirators actually succeeded in accomplishing their unlawful objectives.

Mere presence at the scene of an event, even with knowledge that a crime is being committed, or the mere fact that certain persons may have associated with each other, and may have assembled together and discussed common aims and interests, does not necessarily establish proof of the existence of a conspiracy. Also, a person who has no knowledge of a conspiracy, but who happens to act in a way which advances some purpose of a conspiracy, does not thereby become a conspirator.

To prove a violation of Title 18, United States Code, Section 2314, that is, Interstate Transportation of Stolen Property, the government must prove each of the

following elements beyond a reasonable doubt:[2]

*First*: That the defendant transported or caused to be transported in interstate or foreign commerce items of stolen property as described in the indictment.

*Second*: That at the time of such transportation, the defendant knew that the property had been stolen, converted, or taken by fraud; and

*Third*: That the property had a value of $5,000 or more.

Knowledge or reasonable foreseeability of interstate or foreign transport is not required to convict. It is enough if the defendant set in motion a series of events which in the normal course led to the transportation.

"Property" means goods, wares, merchandise, securities, or money.

The word "stolen" means all wrongful and dishonest taking of property with the intent to deprive the owner of the rights and benefits of ownership, temporarily or permanently.

The phrase "taken by fraud" means to deceive or cheat someone out of property by means of false or fraudulent pretenses, representations or promises.

The word "value" means the face, par, or market value, whichever is the greatest and the aggregate value of all goods, wares, and merchandise, securities, and money referred to in a single indictment shall constitute the value thereof.

## STIPULATED FACTS

1. Tavares Montrail Cole admits and agrees that from on or about a date unknown to the grand jury and continuing through on or about the date of the Indictment, in the Lubbock Division of the Northern District of Texas, and elsewhere, he did knowingly and intentionally combine, conspire, confederate, and agree with his co-conspirators named in the Indictment, and with persons known and unknown to the grand jury, to commit an offense against the United States, that is, Interstate Transportation of

---

[2] Fifth Circuit Pattern Jury Instruction 2.89 (5th Cir. 2024).

Stolen Property, in violation of Title 18, United States Code, Section 2314. All in violation of Title 18, United States Code, Section 371.

2. The Permian Basin, a vast sedimentary shale basin located in West Texas and Southeastern New Mexico, currently produces an estimated 14 million barrels of oil per day. According to the U.S. Energy Information Administration, ten counties in the Permian Basin account for 93% of U.S. oil production growth since 2020. The region encompassing Lea and Eddy Counties, the situs for much of the oil theft in this case, accounted for much of the increase in production between 2020 and 2024. West Texas Intermediate ("WTI") is the benchmark used to price crude oil in the Permian Basin and much of the United States.

3. Louis George Edgett conducted business on at least four properties in and near Eddy and Lea Counties in New Mexico. Edgett and a relative known to the grand jury leased one of the properties, the "Government E #001," from the United States of America, and Edgett leased the "Keohane B Federal #2 and #3" from the United States of America. He leased the "Sarah Sue #002 and #003" from the State of New Mexico. Edgett also leased property on Maddox Road at and near Highway 62 in Eastern New Mexico from a private individual. Edgett maintained frac and oil tanks on the properties.

4. Cole and others stole crude oil from oil producers in the Eastern New Mexico region of the Permian Basin and transported the stolen crude oil to the frac and oil tanks Edgett maintained. Danny Dale Brown, Jr., and Brenden Floyd Strickland facilitated the delivery of stolen crude oil to the tanks.

5. Cole and others had an agreement that Edgett and Strickland would pay cash for stolen crude oil. Once Cole transferred stolen crude oil into Edgett's tanks,

Edgett and/or Strickland paid him in cash for the stolen crude oil at prices significantly below WTI.

6. During the conspiracy, Cole worked for hauling companies and drove trucks for those companies in New Mexico. Cole admits and agrees that Brown told him that Edgett bought stolen crude oil, which is how, as shown in the text communications below, he began his association with Edgett in 2022.


From: +12283559555
To: 15756313387 (owner)

I got your number from Danny to bring you more oil

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 15756313387 | | 12/11/2022 12:11:15 PM(UTC-7) | |

Status: Read
Platform:

12/11/2022 10:47:18 AM(UTC-7)


From: 15756313387 (owner)
To: +12283559555

This is Louis call me

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12283559555 | | | |

Status: Sent
Platform:

12/11/2022 12:12:23 PM(UTC-7)

7. Cole admits and agrees that he sold thousands of barrels of stolen crude oil to Edgett. When he stole crude oil, he contacted Edgett and/or Brown or Strickland via text messaging and then delivered the stolen oil to Edgett's tanks. Brown initially

facilitated deliveries of the stolen oil as demonstrated in the text communications below.

From: +12283559555
To: 15756313387 (owner)

Danny told me to push this 75 bbls into tank 1 because tank 2 full right now

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 15756313387 | | 12/18/2022 4:25:18 PM(UTC-7) | |

**Status:** Read
**Platform:**

12/18/2022 3:18:00 PM(UTC-7)

From: +12283559555
To: 15756313387 (owner)

I put you 60 bbls in tank 2 sir I called but when to voicemail

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 15756313387 | | 1/4/2023 4:44:41 PM(UTC-7) | |

**Status:** Read
**Platform:**

1/4/2023 4:43:15 PM(UTC-7)

From: +12283559555
To: 15756313387 (owner)

I called Danny after I try to call you

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 15756313387 | | 1/4/2023 5:27:17 PM(UTC -7) | |

**Status:** Read
**Platform:**

1/4/2023 4:49:49 PM(UTC-7)

8. On March 3, 2023, Edgett advised Cole that Strickland, who is his grandson, would begin facilitating the delivery of stolen oil.

From: 15756313387 Louis (owner)
To: +12283559555 Tco

My Grandson is working for me now. I will give him your number.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12283559555 Tco | | | |

**Status:** Sent
**Platform:**

3/3/2023 1:58:50 PM(UTC-7)

9. Thereafter, Strickland accepted the stolen crude oil from Cole by directing Cole where—to which location and tank—he should deliver the stolen oil; he also paid Cole in cash or through CashApp for the stolen oil. When Strickland paid Cole in cash, he either met him in person or left the cash in various hidden areas, including a refrigerator. Cole admits and agrees that Strickland knew he was paying him for crude oil Cole stole from producers, including Devon Energy Production Company.

The texts below between Cole and Strickland are representative of the exchanges between the two between March 2023 and July 2024.

From: +12283559555 T. Cole
To: +15756314823 Brenden (owner)

Oh yeah bro just letting you know I have more oil for you tomorrow if you want to meet me a round 10am

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15756314823 Brenden | | 3/16/2023 7:29:28 PM(UTC-6) | |

**Status:** Read
**Platform:**

3/16/2023 7:29:13 PM(UTC-6)

From: +15756314823 Brenden (owner)
To: +12283559555 T. Cole

Hellll yeaaaa. You'll be at gov e at ten?

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +12283559555 T. Cole | | | |

**Status:** Sent
**Platform:**

3/16/2023 7:29:53 PM(UTC-6)

From: +15756314823 Brenden (owner)
To: +12283559555 T. Cole

Do yk about how much it is? So I can make sure I have enough cash

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +12283559555 T. Cole | | | |

**Status:** Sent
**Platform:**

3/16/2023 7:31:09 PM(UTC-6)

From: +12283559555 T. Cole
To: +15756314823 Brenden (owner)

It's about 80-90 bbls

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15756314823 Brenden | | 3/17/2023 8:31:15 AM(UTC-6) | |

**Status:** Read
**Platform:**

3/16/2023 7:31:58 PM(UTC-6)

From: +15756314823 Brenden (owner)
To: +12283559555 T. Cole

There is $825 for the 55 bbls and $175 for that load to make a total of 1k in this box in the door of the fridge. Preciate you!

**Attachments:**



Title: IMG_6407.HEIC
Size: 2674909
File name: ~/Library/SMS/Attachments/ea/10/D8D36613-ADD0-45C7-9E2C-C03D4EF9D6CA/IMG_6407.HEIC
~/Library/SMS/Attachments/ea/10/D8D36613-ADD0-45C7-9E2C-C03D4EF9D6CA/IMG_6407.HEIC

**Priority:** Normal
**To**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12283559555 T. Cole | | | |

**Status:** Sent
**Platform:**

4/21/2023 7:00:10 AM(UTC-6)

From: +12283559555 T. Cole
To: +15756314823 Brenden (owner)

I'll have more for you in the morning but you can meet me when you'll get back

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756314823 Brenden | | 4/21/2023 4:20:01 PM(UTC-6) | |

**Status:** Read
**Platform:**

4/21/2023 4:19:53 PM(UTC-6)

From: +15756314823 Brenden (owner)
To: +12283559555 T. Cole

Woooohoooooo that's what I like to hear

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12283559555 T. Cole | | | |

**Status:** Sent
**Platform:**

4/21/2023 4:20:13 PM(UTC-6)

---

From: +12283559555
To: +15756314823 (owner)

I got more oil to go with that 65 bbls from yesterday I'll take it to government E in a few hours

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756314823 | | 4/23/2023 11:39:57 AM(UTC-6) | |

**Status:** Read
**Platform:**

4/23/2023 11:39:18 AM(UTC-6)

From: +15756314823 (owner)
To: +12283559555

Oooooo hell yeaaaaa. You can go ahead and put it into tank 2 man

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12283559555 | | | |

**Status:** Sent
**Platform:**

4/23/2023 11:40:46 AM(UTC-6)

From: +12283559555 T. Cole
To: +15756314823 Brenden (owner)

I have 30 bbls of oil and like 60-70 bbls of water with it good golden Devon oil too bro

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756314823 Brenden | | 8/6/2023 11:12:59 AM(UTC-6) | |

**Status:** Read
**Platform:**

8/6/2023 11:12:13 AM(UTC-6)

From: +15756314823 Brenden (owner)
To: +12283559555 T. Cole

Oh helllll yea

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12283559555 T. Cole | | | |

**Status:** Sent
**Platform:**

8/6/2023 11:13:09 AM(UTC-6)

---

From: +12283559555
To: +15756314823 (owner)

I got you some oil bro wya

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756314823 | | 12/15/2023 3:34:34 PM(UTC-7) | |

**Status:** Read
**Platform:**

12/15/2023 3:04:22 PM(UTC-7)

From: +15756314823 (owner)
To: +12283559555

Hellllll yeaaaaaa

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +12283559555 | | | |

**Status:** Sent
**Platform:**

12/15/2023 3:34:39 PM(UTC-7)

---

From: +15756658003 T. Cole New
To: +15756314823 Brenden (owner)

And I have 70 more bbls for you too

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15756314823 Brenden | | | |

**Platform:**
**Service Identifier:** com.apple.MobileSMS

7/9/2024 6:57:10 PM(UTC-6)

From: +15756314823 Brenden (owner)
To: +15756658003 T. Cole New

Oh hell yea. I'll be by your house in like 10 mins

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +15756658003 T. Cole New | | | |

**Platform:**
**Service Identifier:** com.apple.MobileSMS

7/9/2024 8:06:57 PM(UTC-6)




10. The last three texts above from July 10 were the last exchanged between Cole and Strickland. On July 10, 2024, agents with the Bureau of Land Management (BLM) confronted Edgett and Strickland regarding the activity at the Government E #001. Edgett held out this site as saltwater disposal facility when, in fact, he maintained it as a receiving point for stolen crude oil. Cole admits and agrees that he was advised of the government's interest in the activities at the site and that criminal activity would cease until further notice.

11. That notice came less than two months later. In September 2024, Cole and others began selling stolen oil to Edgett again. Cole admits and agrees that Edgett obtained access to another site that was unknown to government agents and that he began receiving stolen crude oil there. Cole admits and agrees that a 16-year-old minor, B.A., worked full time for Edgett and received the stolen crude oil for Edgett at the new location. Cole further admits and agrees that B.A. was also tasked with paying him for the stolen oil. Text exchanges below, which a BLM agent obtained from B.A.'s phone on September 7, 2024, demonstrate these facts.


12:51
T
32°33'27.4"N
103°18'08.6"W
Pin to show in Google Maps
New location
Brenden went back to school so it's just me and Louis
Ok cool let me know when you'll up and running again 💯
We up bro just lmk if ya got sum
Sweet!!!
Yesirrr
Sat, Sep 7 at 3:37 PM
I may have some oil tomorrow morning
10-4 brother lmk and I'll meet ya out there
to "10-4 brother lmk and I'll meet ya out there "
Ok
Subject
Text Message


12:50
LTE 90
36
T
T Coleee Babyyyy
Bet you're good to just go out there if I don't answer but just shoot me a text of what you brought
Ok
Sun, Sep 8 at 1:38 PM
15 minutes away
Bet bro I'm here
70 bbls I just unloaded bro I may have more in a couple hours
Tue, Sep 10 at 2:37 PM
I've got money for ya sir how do I get it to ya ?
Can you meet me at 4pm
Yesir we're at?
Yes
Pilot truck stop in Hobbs
Bet
Subject
Text Message




12. Cole admits and agrees that Edgett and Strickland paid him significantly below WTI pricing for the stolen crude oil he sold to them. He specifically admits and agrees that he sold 7,439 barrels of stolen crude oil to Edgett and Strickland from March 2023 to July 10, 2024. That oil had a fair market value of approximately $605,608.99 but Edgett and Strickland paid Cole approximately $111,585.

13. Investigation showed that Christopher Frederick Harris, an employee of Randell Wayne Reid and James Darrell Reid, would pick up the stolen crude oil from Edgett's tanks in New Mexico and transport it to the Reids' tanks in Seminole, Texas. The Reids paid Edgett significantly below WTI for the stolen crude oil. The Reids then turned around and sold the stolen crude oil to mid-stream buyers at prices below WTI.

14. Cole admits and agrees that his actions were part of a conspiracy to transport stolen crude oil in interstate commerce, that is, to transport stolen crude oil from New Mexico to Seminole, Texas, within the Lubbock Division of the Northern District of Texas. He admits and agrees that he and his conspirators committed the overt act of transporting stolen crude oil to Edgett's property. That stolen oil was then taken across the New Mexico-Texas state border in interstate commerce. Cole admits that he knew the crude oil, which was valued in excess of $5,000, was stolen at the time it was transported in interstate commerce.

15. Cole admits and agrees that he joined in the conspiracy willfully, knowing of the unlawful purpose of the conspiracy, and with intent to further the unlawful purpose.

16. Finally, Cole admits and agrees that he committed all the essential elements of the offense alleged in Count One of the Indictment. This factual resume is not intended to be a complete accounting of all the facts and events related to the offenses charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One.

AGREED TO AND STIPULATED on this 8th day of July, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

TAVARES MONTRAIL COLE
Defendant

ANN HOWEY
Assistant United States Attorney
Texas State Bar No. 24032312
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7351
Facsimile: 806-472-7394
E-mail: ann.howey@usdoj.gov

BETHANY S. STEPHENS
Attorney for Defendant