**UNITED STATES DISTRICT COURT**
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA )
)
v. ) Case No. 5:26-CR-027-H-BV(04)
)
RANDELL WAYNE REID )
)

JUL 28 2026 AM10:16 FILED - USDC - NDTX - LU

# Report of Violation of Conditions of Pretrial Release

COMES NOW Holly Garza, Supervising U.S. Probation Officer, presenting a report to the Court upon the conduct of defendant, Randell Wayne Reid, who was placed on pretrial release supervision by the Honorable U.S. Magistrate Judge Amanda 'Amy' R. Burch sitting in the Court at Lubbock, Texas, on April 20, 2026, under the following conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(7)(m) The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(7)(n) The defendant must submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited screening or testing.

To add condition: Participate in substance abuse treatment. Defendant shall pay, a rate of $20 per month.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

Randell Wayne Reid violated these conditions of release by possessing and using illegal controlled substances. On April 23, 2026, Mr. Reid submitted a drug test at the U.S. Probation Office in Wichita Falls, Texas, that tested positive for marijuana metabolite (Delta-9-THC). On April 23, 226, Mr. Reid admitted verbally and in writing to U.S. Probation Officer Hunter Durham that he smoked marijuana on April 12, 2026 (prior to his release). On May 11, 2026, and July 25, 2026, he failed to appear for drug testing at Taft Counseling Center (TCC) in Wichita Falls. On May 12, 2026, he submitted a drug test at the U.S. Probation Office in Wichita Falls that test positive for marijuana metabolite (Delta-9-THC). On May 22, 2026; June 16, 2026; June 22, 2026; and July 2, 2026, Mr. Reid submitted drug tests at TCC in Wichita Falls that tested positive for cannabinoids. Mr. Reid denies using any illegal controlled substances after April 12, 2026. Therefore, an interpretation of drug test results was requested regarding his drug tests on April 23, 2026, and May 12, 2026, and Alere Toxicology Services, Inc. determined Mr. Reid used marijuana or a product containing Delta-9-THC between the collections on April 23, 2026, and May 12, 2026. To date, Mr. Reid has not submitted a negative drug test. On July 17, 2026, Mr. Reid denied using any illegal drugs since April 12, 2026, and stated he previously smoked marijuana daily for 20 years. He has agreed to participate in substance abuse treatment.

The undersigned suggests to the court that Mr. Reid's conditions be modified to include a condition for substance abuse treatment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2026

Holly Garza
Holly Garza
Supervising U.S. Probation Officer
Wichita Falls
940-235-4743
Fax: 940-723-7347

Approved,

Contessa Milam
Contessa Milam
Supervising U.S. Probation Officer
Lubbock
806-472-1143

## Order

Having considered the report of the Probation Office pertaining to possible violations by defendant, Randell Wayne Reid, of his conditions of pretrial release, the court ORDERS that:

- ☐ No action be taken.
- ☒ The Order Setting Conditions of Release is modified to include the following: To add condition: Participate in substance abuse treatment. Defendant shall pay, a rate of $20 per month.
- ☐ A summons be issued and the defendant appear before a judge of this court to determine whether his/her conditions of pretrial release should be revoked.
- ☐ A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.
- ☐ The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.
- ☐ File under seal until further order of the Court.

Amy Burch

Amanda "Amy" R. Burch
U.S. Magistrate Judge

7-28-26

Date

**UNITED STATES DISTRICT COURT**
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA )
)
v. ) Case No. 5:26-CR-00027H-BV(04)
)
RANDELL WAYNE REID )
)

## Consent to Modify Conditions of Release

I, Randell Wayne Reid, have discussed with Holly Garza, Pretrial Services Officer, modifications of my release conditions as follows:

To add condition: Participate in substance abuse treatment. Defendant shall pay, a rate of $20 per month.

I consent to this modification of my release conditions and agree to abide by this modification.

Randell W Reid 7/27/26
Randell Wayne Reid Date

Holly Garza 7/27/2026
Supervising U.S. Probation Officer Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

27 Jul 26
Signature of Defense Counsel Date

☒ The above modification of conditions of release is ordered, to be effective on 7/27/26

☐ The above modification of conditions of release is not ordered.

Amy Burch 7-28-26
U.S. Magistrate Judge Amanda "Amy" R. Burch Date