IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 5:26-CR-027-H(06) |
| GYARDO GONZALEZ (06) | |

**WAIVER OF REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)**

Gyardo Gonzalez, the defendant, has requested that the Court impose a sentence taking into account the proposed amendments to the U.S. Sentencing Commissions Guidelines Manual that, absent action by Congress, will take effect November 1, 2026. In support of the defendant's request for favorable treatment under the guidelines, the defendant agrees to waive the right to seek a reduced sentence in the future, including pursuant to 18 U.S.C. § 3582(c), based on these proposed amendments.

In exchange for this waiver, the government does not oppose the Court computing an alternative guideline range that would result from the implementation of the proposed guideline amendments and using that alternative range in its consideration of an appropriate sentence under the factors in 18 U.S.C. § 3553(a). The government, however, reserves the right to argue that a sentence outside the alternative range is appropriate under the Section 3553(a) factors.

AGREED TO AND STIPULATED on this 23rd day of October, 2026.

Gyardo Gonzalez
Defendant

Brandon Beck
Attorney for Defendant

RYAN RAYBOULD
UNITED STATES ATTORNEY

JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7559
Facsimile: 806-472-7394
E-mail: jeffrey.haag@usdoj.gov